1   MICHAEL STEPANIAN, SBN 037712
    Attorney at Law
2   819 Eddy Street
    San Francisco, California  94109
3   Tel:  (415) 771-6174
    Fax: (415) 474-3748
4
    Attorney for Defendant
5   YAN SONG

6

7                        UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10                                  --o0o--

11  UNITED STATES OF AMERICA,
                                          NO. CR-05-00715-JF
12                Plaintiff,
                                          **STIPULATION AND**
13                                        **[PROPOSED] ORDER TO CONTINUE**
                                          **DETENTION HEARING**
14
15          vs.

16  YAN SONG, et.al.,

17                Defendant.
                                    /
18          MICHAEL STEPANIAN, attorney for defendant YAN SONG, and EDWARD

19  TORPOCO, Assistant United States Attorney, hereby stipulate that the Detention Hearing for

20  Yan Song, currently scheduled for January 5, 2006 at 2:00 P.M. before the United States

21  Magistrate Judge Patricia Trumbull, be continued until February 1, 2006 at 11:00 A.M..

22          The Court hereby finds, as follows:

23          1.  Taking into account the public interest in the prompt disposition of criminal cases,

24  continuing the Detention Hearing of Yan Song is pursuant to stipulation by both parties.

25          2.  The ends of justice served by excluding the period from January 5, 2006 to February 1,

26  2006 outweigh the best interest of the public and the defendant, Yan Song, in a speedy trial.  18

27  U.S.C. § 3161(h)(8)(A).

28
    STIPULATION AND [PROPOSED] ORDER                                                    1
    TO CONTINUE DETENTION HEARING

1    Accordingly, and with the consent of the defendant, the Court hereby: (1) sets a Detention

2  Hearing for Yan Song for February 1, 2006 at 11:00 A.M. before this Court; and, (2) orders that

3  the period of time from January 5, 2006 to February 1, 2006 be excluded from the Speedy Trial

4  Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

5

6

7    IT IS SO STIPULATED.

8    DATED: December 30, 2005          /s/ Michael Stepanian
                                        MICHAEL STEPANIAN
9                                       Attorney for Defendant
                                        YAN SONG
10

11   DATED: December 30, 2005          /s/ Edward Torpoco
                                        EDWARD TORPOCO
12                                      Assistant United States Attorney

13

14   IT IS SO ORDERED.

15   DATED: December ____, 2005
           Jan. 3, 2006
16                                      Hon. PATRICIA V. TRUMBULL
17                                      United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION AND [PROPOSED] ORDER                                                    2
     TO CONTINUE DETENTION HEARING