FILED

FEB 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 05-00715 JF (HRL) |
| Plaintiff,                          ) | [PROPOSED] STIPULATION AND ORDER RE: DETENTION |
| v.                                  ) | |
| YAN SONG,                           ) | |
| Defendant.                          ) | |

The parties stipulate, and the Court finds and holds, as follows:

1. On November 1, 2005, under criminal complaint number CR 05-70848 HRL, the Court found that the United States had proved by a preponderance of the evidence that no conditions of release would reasonably assure the Defendant's future appearance before the Court and issued written findings of fact, taking into account the factors in 18 U.S.C. § 3142(g), in support of the Defendant's detention without bond. Thereafter, the Defendant was indicted under case number 05-00715 JF (HRL) and waived detention through February 1, 2006. At the request of the Defendant, the Court set a further bail hearing on February 1, 2006, at 11:00 a.m.

2. On February 1, 2006, counsel for Defendant notified the Court that he wished to withdraw his request for a further bail hearing. By this stipulation, Defendant Yan Song consents to her continued detention without bond, without prejudice to her ability to bring a

STIPULATION AND ORDER
CR 05-00715 JF (HRL)

motion at a later date seeking review of the Court's prior detention order.

SO STIPULATED.

Dated:       February 2, 2006            /S/ MICHAEL STEPANIAN
                                         MICHAEL STEPANIAN
                                         Counsel for Defendant Yan Song

Dated:       February 1, 2006            /S/ EDWARD TORPOCO
                                         EDWARD TORPOCO
                                         Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/3/86

HON. PATRICIA V. TRUMBULL
Chief United States Magistrate Judge

ORDER AND STIPULATION
05-00715 JF (HRL)