MICHAEL STEPANIAN
Attorney at Law (CSBN 033712)
819 Eddy Street
San Francisco, CA 94609
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

\*\*E-filed 5/3/06\*\*

Attorney for Defendant
YAN SONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>YAN SONG,<br><br>           Defendant.<br>_____/ | CASE NO.  05-00715 JF<br><br>**STIPULATION TO CONTINUE SENTENCING** |

   Defendant YAN SONG, by and through her counsel of record Michael Stepanian, and Assistant United States Attorney Edward Torpoco hereby stipulate and agree to advance the date for sentencing in this matter from the presently set date of Wednesday, June 7 2006, at 9 a.m. to May 24, 2006, at 9a.m.  This continuance is to meet the convenience of all parties including Edward Torpoco, the Assistant United States Attorney assigned to this case, who is leaving the office at the end of May.

///

///

///

1  United States Probation Office J.D. Woods has no objection to this proposed date. He will
2  file the presentence report by May 10th and counsel will file any objections within five days
3  thereafter.
4  Assistant U.S. Attorney Torpoco has authorized his signature to this stipulation.

Date:  May 1, 2006                      (S) Michael Stepanian
                                        Michael Stepanian
                                        Counsel for Defendant
                                        Yan Song


Date:  May 1, 2006                      (S) Edward Torpoco
                                        Edward Torpoco
                                        Assistant U.S. Attorney


SO ORDERED:

Date:   5/2/06
                                        _____
                                        U.S. District Court Judge
                                        Jeremy Fogel