\*\*E-filed 1/23/07\*\*

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415)474-3748

Attorney for Defendant
YAN SONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 05-00715-2-JF |
| Plaintiff, | **STIPULATION AND P**~~**ROPOSED**~~ **ORDER TO WAIVE DEFENDANT SONG S APPEARANCE** |
| vs. | |
| YAN SONG, | |
| Defendant. | |
| _____/ | |

    Defendant YAN SONG, by and through her counsel of record Michael Stepanian, and Assistant U.S. Attorney Richard Cutler, hereby stipulate and agree that the Defendant may waive her appearance at the hearing presently set for Wednesday, January 31, 2007. This request to waive appearance is made at the request of the defendant who has expressed her desire to remain at FCI Victorville where she is currently serving her

///
///
///
///
///

1 | sentence and forgo the rigors of travel and the burden placed on the U.S Marshals
2 | Service to have her present at the hearing.

4 | Date:   January 19, 2007        /s/ Richard Cutler
                                    Assistant United States Attorney

7 | Date:  January 19, 2007         /s/ Michael Stepanian
                                    MICHAEL STEPANIAN
                                    Counsel for Defendant
                                    Yan Song

11 | IT IS SO ORDERED:

13 | Date:  1/23/07

                                    Honorable Jeremy Fogel
                                    United States District Judge